1983 Form

# In the United States District Court
# For the Northern District of Alabama

2019 DEC -2 P 12: ..

Antoine Denmark
260801
Holman 3700
Atmore, AL. 36503

(Enter above the full name(s) of the plaintiff(s) in this action)

2:19-CV-1949-CLM-SGC

v

Roderick Gadson
Officer Speaks
Officer McClemore
Officer Fox

(Enter above full name(s) of the defendant(s) in this action)

I. Previous lawsuits

   A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( )   No ( )

   B. If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit

         Plaintiff(s): _____ N/A _____

         Defendant(s) _____

      2. Court (if Federal Court, name the district; if State Court, name the county)
         _____ N/A _____

      3. Docket Number _____ N/A _____

      4. Name of judge to whom case was assigned _____ N/A _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

   _____

   _____

6. Approximate date of filing lawsuit ___N/A___

7. Approximate date of disposition ___N/A___

II. Place of present confinement ___Holman C.F.___

   A. Is there a prisoner grievance procedure in this institution?
      Yes ( )   No ( )

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes ( )   No ( )

   C. If your answer is YES:

      1. What steps did you take? ___N/A___

         _____

      2. What was the result? ___N/A___

         _____

         _____

   D. If your answer is NO, explain why not? ___N/A___

      _____

      _____

III. Parties

   In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A. Name of plaintiff(s) ___Antoine Denmark___
      ___Holman 3700 Atmore AL, 36503___

      Address ___Holman 3700 Atmore, AL, 36503___

In item B. below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the manes, positions, and places of employment of any additional defendants.

B. Defendant __1. Roderick Gadson__

  is employed as __Correctional officer__

  at __Donaldson Corr. Facility__

C. Additional Defendants __2. officer Speaks - Donaldson Corr, 3. officer Snelson - Donaldson C.F., 4. officer McClemore - Donaldson C.F., 5 officer Fox - Donaldson C.F.__

IV. **Statement of Claim**

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet, if necessary.

On or about December 1, 2017 I was transported from Kilby Correctional Center to Donaldson Correctional Facility. Once there at Donaldson I was taken to the gymnasium where my property was shook down officer Fox said he found a cell phone in my property then officer Gadson came over and said to me didn't we ask you if you had anything contra-band to kick it out. Now we gonna kick your ass. So there I was standing there in Restraints, handcuffed to the rear, when all of a sudden officer Gadson swung on me and punched me to the floor, which led to every defendent (C.O. Gadson C.O. Speaks C.O. Snellson C.O. mclemore, and C.O. Fox) started kicking and stomping me until I lost four of my teeth in the fiasco. My head was dented sideways and my knee got sprained from

-3-

me not Being able to Brace my fall. I was handcuffed Behind my Back. Warden Boldin and Captain Thomas were called to the health care unit to take Pictures of me and to ask me questions. I told them that these officers here have kicked my teeth out. It Became to me that the captain and Warden didn't want me to show there where my teeth got kicked out Because as they took pictures,
— See attached Sheets —

V. RELIEF

State briefly *exactly* what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Plaintiff seeks A declaratory Judgment that his Rights under 8th & 14th Amendments was Violated. Compensatory Damages of $200,000.00 Against each defendant. Injunctive against Each defendant pendent state law charges of Assault & Battery, Trial By Jury on all claims.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/25/19
(date)

X Antwain Duncan
3700 Holman Unit
Atmore, Ala. 36503

Signature(s)

- 4 -

— ATTACHED SHEETS —

**IV.** Statement of your Claim. (Cont.).

... of my Wounds they kept telling me to keep my mouth closed. Sgt Watts was also liable for Not using his superviser Rank to intervene and try and stop these officers from Violating my Constatutional rights to Be free from Cruel and unusual punishment. I thought for a minute there that they were going to kill me. I hurt all over. there was No way that I should've Been Written a disciplinary for possesion of Contraband. Because they the 5 guards punished me that day for having a cell Phone. But they wrote me up. found me guilty. and punished me again. This time with disciplinary seg. And not with no whipping. But my rights were gone. I had Been Beaten up with <u>four</u> teeth knocked out for possesing a cellphone. and Now I got a diseplinary and found guilty for that very Samething and on this Beaten I was taken to the free World Hospital to Be treated